UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-319 (RMC)** |
| | | |
| v. | : | VIOLATION:  21 U.S.C.§841(a)(1) |
| | : | and §841(b)(1)(B)(iii) |
| **JEFFREY LEE DAVIS,** | : | (Unlawful Possession with Intent to Distribute |
|     **Defendant.** | : | 5 Grams or More of Cocaine Base) |

**S U P E R S E D I N G   I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about July 27, 2005, within the District of Columbia, **JEFFREY LEE DAVIS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        WANDA DIXON
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4122
        Washington, D.C. 20530
        (202) 514-6997