AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF _Colombia_

UNITED STATES OF AMERICA
V.

Jeffrey Lee Davis

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-319

**FILED**
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Jeffrey Lee Davis_, the above named defendant, who is accused of _Unlawful possession with intent to distribute 5 grams or more of cocaine_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _11/29/05_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jeffry Davis_
Defendant

_Tony W. M___
Counsel for Defendant

Before _Rosemary M Colly_
Judicial Officer

29 November 2005