**NOTICE OF APPEAL CRIMINAL**

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **Criminal No. 05-0319 (RMC)** |
| | : |
| | : |
| **JEFFREY LEE DAVIS** | : |

**NOTICE OF APPEAL**

**Name and address of appellant**

Jeffrey L. Davis
DC Jail
1901 D Street, S.E.
Washington, DC 20003

**Name and address of appellant's attorney**

Tony W. Miles
Assistant  Federal Public Defender
625 Indiana Avenue NW., Suite 550
Washington, DC 20004

**Offense**

Unlawful Possession with Intent to Distribute 5 grams or More of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iii).

**Concise statement of judgment or order, giving date, and any sentence**

Imprisoned for a term of 84 months and; 5 years supervised release; and special assessment of $100.00.

**Name of institution where now confined, if not on bail**

Jeffrey L. Davis
1901 D street, S.E.
Washington, DC 20003

**United States Courthouse • 333 Constitution Avenue N.W.**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 2/22/06 | Jeffrey L. Davis |
|---|---|
| DATE | APPELLANT |

CJA, NO FEE  X
PAID USDC FEE ___
PAID USCA FEE ___

/s/
ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

**United States Courthouse • 333 Constitution Avenue N.W.**