# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-3042**                     **September Term, 2007**

05cr00319-01

United States of America,
        Appellee

v.

Jeffrey Lee Davis,
        Appellant

FILED
MAR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAR - 5 2008
CLERK

### ORDER

Upon consideration of the joint motion to remand for resentencing, it is

**ORDERED** that the motion be granted, and this matter be remanded to the district court.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                         BY:
                                               Mark Butler
                                               Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk