UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.    05-319-01(RMC) |
| | : | |
| | : | |
| **JEFFREY A. DAVIS,** | : | |
|     Defendant. | | |

**GOVERNMENT'S ENTRY OF APPEARANCE**

    The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney John P. Dominguez, telephone number (202)514-7060. Please enter this notice of appearance in this matter on behalf of the United States of America, to replace previsouly assigned Government counsel.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 498-233

                                          _____

                                          JOHN P. DOMINGUEZ
                                          Assistant United States Attorney
                                          D.C. Bar No. 959809
                                          Organized Crime and Narcotics Section
                                          555 4th Street, N.W.  #4205
                                          Washington, DC 20001
                                          (202) 514-7060; Fax: 514-8707
                                          E-mail: John.Dominguez@usdoj.gov

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail upon the attorney for the defendant:

Tony W. Miles
Assistant Federal Public Defender
625 Indiana Ave. N.W., Suite 550
Washington, D.C. 20004
tel. 208-7500
fax: 202-208-7515


and to

Monica Johnson
U.S. Probation Officer
U.S. Courthouse
Washington, D.C. 20001
202-565-1332

this <u>6th</u> day of May, 2008.

_____
JOHN P. DOMINGUEZ
ASSISTANT UNITED STATES ATTORNEY