**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO.   05-319-01(RMC)** |
| : | |
| : | |
| **JEFFREY A. DAVIS,** : | |
| **Defendant.** | |

**ORDER**

Upon consideration of the Government's Motion to Update Presentence Report and Consent to Waive the Defendant's Appearance, and the entire record, it is

ORDERED, that the United States Probation Office will prepare a short supplement to the Pre-Sentence Report dated February 8, 2006, to include new guideline calculations and range based upon the revised cocaine base guidelines effective March 3, 2008, and to include any relevant accomplishments or disciplinary infractions incurred since the defendant was sentenced on February 17, 2006; and it is further,

ORDERED, that on or before the ____ day of _____, 2008, defense counsel will state whether the defendant's appearance is waived for this resentencing or whether the defendant requests that the defendant be transported for a contested sentencing hearing.

Date: _____    _____
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court for the
　　　　　　　　　　　　　　　　District of Columbia