IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-319 (RMC) |
| | : | |
| JEFFREY DAVIS | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO
UPDATE PRESENTENCE REPORT AND CONSENT TO
WAIVE DEFENDANT'S APPEARANCE**

Defendant Jeffrey Davis, through counsel, respectfully submits the following response to the Government's Motion to Update Presentence Report and Consent to Waive Defendant's Appearance.

On May 7, 2008, the United States filed a motion with this Court requesting the Court to order the United States Probation Office to prepare a short supplement to the Presentence Report which was previously prepared by the Probation Office in regard to Mr. Davis's case. In its motion, the government also inquired as to whether Mr. Davis is willing to waive his appearance for his resentencing hearing.

Mr. Davis concurs with the government's request that the Probation Office should provide a supplement to Mr. Davis's existing Presentence Report in order to assist the Court and the parties with Mr. Davis's resentencing. In the supplement, as the government has suggested, Mr. Davis insists that the Probation Office contain updated information regarding Mr. Davis's adjustment, activities and accomplishments while serving his sentence in relation to the instant case.

With regard to Mr. Davis's appearance at his resentencing hearing, undersigned counsel recently spoke with Mr. Davis to determine whether he wishes to be present. Mr. Davis advised undersigned counsel that he does wish to be present at his sentencing rehearing. Therefore, Mr. Davis is requesting that the government make all necessary arrangements to ensure Mr. Davis's appearance at his resentencing hearing in the United States District Court for the District of Columbia.

        Respectfully submitted,
        A.J. Kramer
        Federal Public Defender


        _____/s/_____
        Tony W. Miles
        Assistant Federal Public Defenders
        625 Indiana Avenue, N.W.
        Washington, D.C. 20004
        (202) 208-7500