UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.   05-319-01(RMC) |
| | : | |
| | : | |
| **JEFFREY A. DAVIS,** | : | |
| **Defendant.** | | |

## GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, replies to the Defendant's Response to the Government's Motion to Update Presentence Report and Consent to Waive Defendant's Appearance (Document 27) as follows:

1. The parties are in agreement that the U.S. Probation Office should prepare an updated Pre-Sentence Report.

2. The Government concurs in the defense interpretation that the Joint Motion for Remand filed before the United States District Court for the District of Columbia, (Appeal No. 06-3042) contemplated more than just a limited remand for resentencing. Now we join with the defendant in requesting a resentencing requiring the presence of the defendant. The Government will file the necessary documents to cause the U.S. Marshals Service to produce the defendant on a date set by the court for sentencing.

3. If the court agrees, we ask that the court:

   a. order the U.S. Probation Office to prepare an updated Presentence report; and

   b. set a date for sentencing in about 90 days from now;

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                D.C. Bar No. 498-233

                _____

                JOHN P. DOMINGUEZ
                Assistant United States Attorney
                D.C. Bar No. 959809
                Organized Crime and Narcotics Section
                555 4th Street, N.W.  #4205
                Washington, DC 20001
                (202) 514-7060; Fax: 514-8707
                E-mail: John.Dominguez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by ECF upon the attorney for the defendant:

Tony W. Miles
Assistant Federal Public Defender
and by courier to

Monica Johnson
U.S. Probation Officer
U.S. Courthouse
Washington, D.C.  20001
202-565-1332

this 21st     day of May, 2008.

                _____
                JOHN P. DOMINGUEZ
                ASSISTANT UNITED STATES ATTORNEY