# Exhibit

# 1

# Certificate of Completion

Certifies that

## Jeffrey Davis

Has successfully completed 40 Hours of the
**Choice and Change Substance Abuse Education Program**
Presented this 30th day of June, 2006

GEO/Rivers Correctional Institution Winton, North Carolina

_____
A. Gillus, Drug Manager

_____
Substance Abuse Counselor