# Exhibit

# 2

Case 1:05-cr-00319-RMC   Document 29-3   Filed 07/29/2008   Page 1 of 2

# GEO
GLOBAL EXPERTISE IN OUTSOURCING

## Rivers Correctional Institution

**PROGRESS REPORTS**
**EDUCATION DEPARTMENT**

Program: PGED  
Teacher: Peden, N  
Month/Year: 2-2008  

Student: Davis, Jeffrey  
Reg.# 28194-016   Unit: D-1-103L

**Date**
MO/ DA/ YR TO MO/ DA/ YR
07/06/06    02/26/08

(Circle only)
**Progress**
Outstanding
(Satisfactory)
Unsatisfactory

**Behavior/Attitude**
Excellent
(Good)
Fair
Poor

(Check Appropriate Indicators)

**Comments/Positive**
- ✓ 1. Works consistently
- ✓ 2. Perseveres Despite Difficulties
- ✓ 3. Assists others
- ✓ 4. Works on Weaknesses
- ✓ 5. Exercises Initiatives
- ✓ 6. Organizes Work
- ___ 7. Excellent Attendance
- ✓ 8. Acceptable Attendance
- ✓ 9. Completes Assignments

**Attendance**
# Days Present  8
# Days Absent
Present to Date

**Comments/Negative**
- ___ 10. Disrupts class
- ___ 11. Fails to work
- ___ 12. Skips out of class
- ___ 13. Shows disrespect towards staff
- ___ 14. Sleeps in class
- ___ 15. Misuses equipment
- ___ 16. Frequently tardy

Staff Comments/Explanation

Inmate Davis is a joy to have in class. He helps others when they do not understand something and is all the time willing to help pack up at the end of the day.

N Peden