Exhibit

3

# MEMORANDUM



**The GEO Group, Inc.**

Rivers Correctional
Institution
145 Parker's Fishery Road
PO Box 840
Winton, NC 27986

www.thegeogroupinc.com

Inmate Jeffrey Davis 28194-016 has been working in the kitchen since 4/18/06. Davis has been an excellent worker, showing progress along the way.  He is able to carry out his work will little to no supervision. Davis also shows a postive attitude in  trying to satisfy his Supervisor to complete the job. It has been a pleasure having him in the kitchen.