UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 05-319-1 (RMC) |
| ) | |
| JEFFREY LEE DAVIS, ) | [D.C. Cir. No. 06-3042] |
| ) | |
| Defendant. ) | |
| ) | |

FILED
SEP - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RE-SENTENCING ORDER

The United States Court of Appeals for the District of Columbia issued an Order on March 5, 2008, remanding this case for re-sentencing in light of the Supreme Court's decisions in *United States v. Booker*, 543 U.S. 220 (2005), and *Kimbrough v. United States*, 128 S. Ct. 558 (2007) (rendering the cocaine provisions of the Sentencing Guidelines advisory rather than mandatory), as well as the March 2008 decision of the U.S. Sentencing Commission to give retroactive effect to the amendment to the Sentencing Guidelines which reduced the base offense level under the Sentencing Guidelines by two levels for those sentenced for violation of laws pertaining to cocaine base, also known as crack cocaine. After receiving briefs from the parties, the Court held a hearing on August 1, 2008, to re-sentence the Defendant.

Upon consideration of the parties' briefs, the sentencing factors outlined in 18 U.S.C. § 3553(a), the mandate of the Court of Appeals, and the entire record herein, it is hereby

**ORDERED** that the sentence of incarceration imposed in the original Judgment is hereby **VACATED**, and the Defendant **JEFFREY LEE DAVIS** is **RE-SENTENCED** to a term of sixty (60) months on Count One; and it is

**FURTHER ORDERED** that all remaining portions of the sentence in the original

Judgment pronounced on February 23, 2006, remain in effect; and it is

**FURTHER ORDERED** that the Defendant be given credit for time already served.

**SO ORDERED.**

Date: September 2, 2008

ROSEMARY M. COLLYER
United States District Judge